**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 02−81008 − WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

RISCOMP INDUSTRIES INC
dba RJ ASSOCIATES, dba RISCOMP
AVIATION SERVICES, dba CBM
INDUSTRIES INC, dba CBM AVIATION
SERVICES

2905 NORTHWEST BLVD STE 30
PLYMOUTH, MN 55441

Social security/Taxpayer ID/Employer
ID/Other Nos.: 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

---

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 1/25/2027, or, for governmental units, within 180 days from the date of the Order for Relief or 1/25/2027, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 10/21/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 4/26

United States Bankruptcy Court
District of Minnesota

In re: Case No. 02-81008-WJF
RISCOMP INDUSTRIES INC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 10
Date Rcvd: Oct 31, 2026 Form ID: mnbflclm Total Noticed: 303

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RISCOMP INDUSTRIES INC, 2905 NORTHWEST BLVD STE 30, PLYMOUTH, MN 55441-7400 |
| aty | + | AMY HALLMAN RICE, DORSEY & WHITNEY LLP, 50 S 6TH ST STE 1500, MINNEAPOLIS, MN 55402-1553 |
| aty | + | DeWitt Mackall Crounse & Moore SC, 2100 AT & T Tower, 901 Marquette Ave, Minneapolis, MN 55402-3205 |
| aty | + | GREG W GARROTTO, LAW OFFICES OF GARROTTO & GARROTTO, 1925 CENTURY PARK E STE 2000, LOS ANGELES, CA 90067-2721 |
| aty | + | JAMES M DONOHUE, AUSLEY AND MCMULLEN, PO BOX 391, TALLAHASSEE, FL 32302-0391 |
| aty | | JUDE ANNE CARLUCCIO, PARSINEN KAPLAN ROSBERG & GOTLIEB, 110 S 5TH ST STE 1100, MINNEAPOLIS, MN 55402 |
| aty | + | Jennifer Marjorie Berquist, The Gurstel Law Firm, P.A., 401 N Third St, Suite 590, Minneapolis, MN 55401-1300 |
| aty | + | MARK B CARROLL, FAZIO DAWSON DISALVO, PO BOX 14519, FORT LAUDERDALE, FL 33302-4519 |
| aty | + | MARY LANGAN COX, 220 S. 6th Street, Suite 1800, Minneapolis, MN 55402-4503 |
| intp | + | ASSOCIATED BANK MINNESOTA, 401 N THIRD ST, STE 600, MINNEAPOLIS, MN 55401-1362 |
| intp | + | CALIFORNIA COMPENSATION INSURANCE CO, LASZLO KOMJATHY, DEPT OF INSURANCE, 45 FREMONT ST 21ST FLR, SAN FRANCISCO, CA 94105-2204 |
| intp | | COMPUTER SPECTRUM INC, 100 S 6TH ST, STE 1200, ST PAUL, MN 55402 |
| intp | + | CORPORATE BENEFIT SVCS OF AMERICA INC, 3300 PLAZA VII, 45 S 7TH ST, MINNEAPOLIS, MN 55402-1614 |
| cr | | ELAINE L CHAO, US DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR, 230 S DEARBORN ST STE 844, CHICAGO, IL 60604-1779 |
| intp | + | EMPO CORPORATION, 2800 LASALLE PLZ, 800 LASALLE AVE, MINNEAPOLIS, MN 55402-2006 |
| intp | + | FLORIDA SELF-INSURERS GUARANTY ASSOC INC, 227 S CALHOUN ST, PO BOX 391, TALLAHASSEE, FL 32302-0391 |
| intp | + | GULF INSURANCE GROUP, 4600 FULLER DR, IRVING, TX 75038-6551 |
| intp | | IOS CAPITAL LLC, BANKRUPTCY ADMINISTRATION, 1738 BASS RD, PO BOX 13708, MACON, GA 31208-3708 |
| acc | + | JAY M ABDO, 5201 EDEN AV #370, EDINA, MN 55436-2350 |
| intp | | JCAFE INC, 100 S 6TH ST, STE 1200, ST PAUL, MN 55402 |
| op | | JEFF HOVE, 25 FLANDRAU PL, ST PAUL, MN 55106-6810 |
| intp | + | JERI THOMPSON, C/O GREGORY D SWARTWOOD ESQ, 570 CROWN OAK CTR DR, LONGWOOD, FL 32750-6187 |
| intp | | LIBERTY PROPERTY LIMITED PARTNERSHIP, C/O DORSEY WHITNEY, ATTN MONICA CLARK, 220 S 6TH ST PILLSBURY CTR S, MPLS, MN 55402 |
| agt | + | Nicholas J Voegeli, 1846 Carrington Dr, Sun Prairie, WI 53590-3544 |
| op | | PETE GRECO, PRODUCTIVE NW 7781, PO BOX 1450, MINNEAPOLIS, MN 55485-7781 |
| sp | + | RJ ASSOCIATES, Rosene, Haugrud & Staab, Chtd., 400 Robert Street, Suite 1800, St. Paul, MN 55101-2020 |
| intp | + | STEVEN B NOSEK, 701 4TH AVE S, STE 300, MINNEAPOLIS, MN 55415-1810 |
| intp | | TMS HOLDINGS CORPORATION, 100 S 6TH ST, STE 1200, ST PAUL, MN 55402 |
| intp | + | VALLEY POOLS & SPAS INC, 333 S 7TH ST, STE 200, MINNEAPOLIS, MN 55402-2408 |
| 5274187 | + | ADMINISTRATIVE RESOURCES CORP, 11490 XEON ST NW STE 200, COON RAPIDS MN 55448-3111 |
| 4729948 | + | AGILITI INC, 4300 MARKETPOINT DR STE 100, BLOOMINGTON MN 55435-5435 |
| 4729949 | + | AIRPORT PROPANE SERVICE, 8613 AVIATION BLVD, INGLEWOOD CA 90301-2001 |
| 5126554 | + | ALISON HODAPP, 3041 KENTUCKY AVE S, ST LOUIS PARK MN 55426-3444 |
| 5274189 | | ALL SYSTEMS INSTALLATION, 8300 107 AVE N STE A, GOLDEN VALLEY MN 55427 |
| 4729950 | + | AMERICAN FIDELITY ASSURANCE CO, 2000 N CLASSEN BLVD, OKLAHOMA CITY OK 73106-6016 |
| 4729951 | + | ARAMARK REFRESHMENT SERV, 6667 OLD SHAKOPEE RD 103, BLOOMINGTON MN 55438-2643 |
| 4729952 | + | ARAMARK UNIFORM SERV, PO BOX 1799, PARAMOUNT CA 90723-1799 |
| 5274191 | + | ARAMARK UNIFORM SERVICE, PO BOX 1799, PARAMOUNT CA 90723-1799 |
| 4729953 | + | ASSOCIATED BANK, 7760 FRANCE AVENUE S, BLOOMINGTON MN 55435-5833 |
| 4729955 | + | ASSOCIATED BANK MINNESOTA, 7760 FRANCE AVE S, BLOOMINGTON MN 55435-5833 |

| | | |
|---|---|---|
| 4729954 | + | ASSOCIATED BANK MINNESOTA, 2655 CAMPUS DRIVE, PLYMOUTH MN 55441-8800 |
| 5274193 | + | AT&T WIRELESS SERVICE, PO BOX 51471, LOS ANGELES CA 90051-6310 |
| 5116770 | + | BARRY VAN GUNTER, H&F MANUFACTURING, 8949 ZACHERY LN, MAPLE GROVE MN 55369-4006 |
| 4895018 | + | BERGIN FRUIT CO INC, 740 KASOTA CIR, MPLS MN 55414-2815 |
| 4729956 | + | BERKELEY RISK ADMIN, 222 SOUTH NINTH ST 1300, MINNEAPOLIS MN 55402-3337 |
| 4729957 | | BERNICK & LIFSON, 550 WAYZATA BLVD 1200, MINNEAPOLIS MN 55416 |
| 5318995 | + | BERNICK AND LIFSON, 5500 WAYZATA BLVD, STE 1200, MPLS MN 55416-1244 |
| 4830712 | + | BERVERY E NELSON, 3341 NOBLE AVE AVE, GOLDEN VALLEY MN 55422-3018 |
| 4833106 | + | BEVERLEY NELSON, 20508 JEWELL ST NE, EAST BETHEL MN 55092-9583 |
| 4729958 | + | BOISE CASCADE, 1501 WOODFIELD RD, STE 300E, SCHUUMBURG IL 60173-6029 |
| 4830654 | + | BRIAN & MARY JAENISCH, 1410 8TH AVE N, SARTELL MN 56377-2288 |
| 5085119 | + | BRIAN CRAMER, 835 DAWN PL, OWATONNA MN 55060-1576 |
| 4729959 | + | BRISSMAN-KENNEDY, 295 PENNSYLVANIA AVE E, ST PAUL MN 55130-4651 |
| 5062998 | + | BUREAU OF TAX AND ACCOUNTING, 201 E WASHINGTON AVE, PO BOX 7942, MADISON WI 53707-7942 |
| 5274194 | | C & F FOR VIP COMMERCIAL, PO BOX 4842, CARSON CA 90749-4842 |
| 5274195 | | CALIF SERVICE EMPLOYEES, HEALTH AND WELFARE TRUST FUND, PO BOX 49251, SAN JOSE CA 95161-9251 |
| 4934435 | + | CALIFORNIA COMPENSATION INSURANCE CO, LASZLO KOMJATHY ESQ, DEPT OF INSURANCE, 45 FREMONT ST 21ST FLR, SAN FRANCISCO CA 94105-2204 |
| 5325271 | + | CALIFORNIA SERVICE EMPLOYEES HEALTH & WE, WEINBERG ROGER & ROSENFELD, 180 GRAND AVE, STE 1400, OAKLAND CA 94612-3752 |
| 5414633 | + | CARDLOCK FUELS SYSTEMS INC, PO BOX 4159, ORANGE CA 92863-4159 |
| 5274196 | + | CARLOCK FUELS, PO BOX 14014, ORANGE CA 92863-1414 |
| 5353978 | + | CARLOS WILLIARD & FLANAGAN PA, 999 PONCE DELON BLVD, STE 1000, CORAL GABLES FL 33134-3047 |
| 5274197 | + | CENTERPOINT ENERGY MINNEGASCO, PO BOX 1297, MINNEAPOLIS MN 55440-1297 |
| 5305947 | + | CENTERPOINT ENERGY MINNEGASCO, 800 LASALLE AVE, MPLS MN 55402-2006 |
| 4729960 | + | CERIDAN, 9150 S HILLS BLVD, STE 100, BROADVIEW HTS OH 44147-3511 |
| 5493181 | + | CHERYL WILLIAMS, C/O BRUCE KOKOZIAN ESQ, KOKOZIAN & NOURMAND, 6500 WILSHIRE BLVD STE 1600, LOS ANGELES CA 90048-4936 |
| 4729961 | + | CHUBB GROUP, 15 MOUNTAIN VIEW RD, WARREN NJ 07059-6711 |
| 5274215 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, OFFICE DEPOT, PO BOX 9020, DES MOINES IA 50368-9020 |
| 5119294 | + | CITIBANK NA, ASSOC/TEXACO PAYMENT CENTER, 4300 WESTOWN PKWY, W DES MOINES IA 50266-1266 |
| 5274198 | | CITY OF ENGLEWOOD, BILLING AND COLLECTION SECTION, PO BOX 6007, INGLEWOOD CA 90312-6007 |
| 5530300 | | CITY OF LOS ANGELES DEPT OF AIRPORTS, RISK MANAGEMENT DIVISION, PO BOX 92216, LOS ANGELES CA 90009-2216 |
| 5274199 | | CITY OF ONTARIO, UTILITY DEPT, LOS ANGELES CA 90030-0427 |
| 5143671 | + | CLAUDIA DEAMBROGIO, C/O MARK B CARROLL, PO BOX 14519, FORT LAUDERDALE, FL 33302-4519 |
| 4729962 | + | CLEAN AMERICA, 10301 BREN RD W #0-340, MINNETONKA MN 55343-9161 |
| 5274200 | + | CLEAN AMERICA LILLY PAAK, 10301 BREN RD W 0-340, MINNETONKA MN 55343-9161 |
| 5090219 | + | COLUMBIA PARK MEDICAL GROUP, 4000 CENTRAL AVE NE, COLUMBIA HEIGHTS MN 55421-2966 |
| 4729963 | + | CORPORATE BENEFIT SERVICE, 10159 WAYZATA BLVD, MINNETONKA MN 55305-1504 |
| 4791552 | + | CORPORATE BENEFIT SVCS OF AMERICA INC, C/O STEVEN W MEYER ESQ, 3300 PLAZA VII, 45 S 7TH ST, MPLS MN 55402-1614 |
| 4914538 | + | CORPORATE BENEFIT SVCS OF AMERICA INC, 10159 WAYZATA BLVD, MINNETONKA MN 55305-1504 |
| 5612509 | + | CPE PEO INC, C/O MARK J ROSENBAUM ESQ, 11400 W OLYMPIC BLVD 9TH FL, LOS ANGELES CA 90064-1550 |
| 4729964 | + | CURTIS 1000, 707 W CTY RD E, SHOREVIEW MN 55126-7007 |
| 4907773 | + | DANIEL A GUSTAFSON, 12777 88TH PL N, MAPLE GROVE MN 55369-9111 |
| 5267776 | + | DANIEL GANGELHOFF, 4101 2ND AVE S, MPLS MN 55409-1607 |
| 5274201 | | DANONE WATERS OF NORTH AMERICA, PO BOX 7126, PASADENA CA 91109-7126 |
| 5006799 | + | DARRELL KVAMME, 4608 KAELIN AVE NE, ST MICHAEL MN 55376-8478 |
| 4898567 | + | DAVID R NELSON, 2905 NORTHWEST BLVD, STE 30, PLYMOUTH MN 55441-7400 |
| 5043981 | + | DAVID R NEWMAN, 112 W 47TH ST, MPLS MN 55419-5520 |
| 4729965 | + | DELTA DENTAL PLAN OF MN, SDS 12-0944, PO BOX 86, MINNEAPOLIS MN 55486-0086 |
| 5062979 | + | DEPT OF LABOR AND EMPLOYMENT, UNEMPLOYMENT INSURANCE TAX ADM, 1515 ARAPAHOE ST, TOWER 3 STE 200, DENVER CO 80202-3150 |
| 5274202 | | DICK DAVIS & ASSOC, 6906 N FIGUEROA ST, LOS ANGELES CA 90042-1246 |
| 4730009 | + | DIVISION CORP REGULATION, SECURITIES & EXCHANGE COMM, 450 5TH ST NW, WASHINGTON DC 20549-0001 |
| 5043978 | + | DONALD J RENNER, 9280 LINNIA LN, MAPLE GROVE MN 55369-9583 |
| 5062906 | + | DOROTHY BERNING, 5710 MAIN ST, ROCKFORD MN 55373-9390 |
| 5043977 | + | DOUGLAS E SPANO, 1190 124TH CT NE, BLAINE MN 55434-7348 |
| 5055911 | + | DOULAS W JOHNSON, 4100 NW 66TH ST #145, MEDFORD MN 55049-7011 |
| 5274203 | | DSL NET INC, PO BOX 31785, HARTFORD CT 06150-1785 |
| 5062980 | + | EMPLOYMENT DEVELOPMENT DEPT, 800 CAPITAL MALL, SACRAMENTO CA 95814-4807 |
| 5062981 | | EMPLOYMENT SECURITY DIVISION OF NC, UNEMPLOYMENT INSURANCE DIVISION, PO BOX 26504, RALEIGH NC 27611-6504 |

| | | |
|---|---|---|
| 4866143 | + | FAIRVIEW CLINICS, PO BOX 9372, MPLS MN 55440-9372 |
| 5537509 | + | FAIRVIEW HOSPITAL, PO BOX 147, MPLS MN 55440-0147 |
| 5274204 | | FEDEX, PO BOX 1140 DEPT A, MEMPHIS TN 38101-1140 |
| 4729967 | + | FIREMANS FUND INS CO, PO BOX 777, NOVATO CA 94998-0001 |
| 5062982 | | FL DEPT OF LABOR AND EMPLOYMENT SECURITY, DIVISION OF UNEMPLOYMENT COMP, BUREAU OF TAX, 107 E MADISON ST, TALLAHASSEE FL 32399-0211 |
| 4778528 | + | FLORIDA SELF-INSURERS GUARANTY ASSOC INC, C/O JAMES M DONOHUE, AUSLEY & MCMULLEN, 227 S CALHOUN ST PO BOX 391, TALLAHASSEE FL 32302-0391 |
| 4729966 | + | FR RADACH & ASSOC, 8313 ESSEX ROAD, CHANHASSEN MN 55317-8705 |
| 5062983 | + | FRAZIER JAMES, 3532 W 83RD ST, INGLEWOOD CA 90305-1609 |
| 4729968 | | FROEHLING ANDERSON, 5720 GREEN CIRCLE DR, MINNETONKA MN 55343 |
| 5062984 | | GA DEPT OF LABOR, 148 INTERNATIONAL BLVD NE STE 800, ATLANTA GA 30303-1751 |
| 4973460 | + | GARY L VAUGH, 1800 CHERRY ORCHARD DR, AUSTIN TX 78745-5342 |
| 5066105 | + | GARY MARKL, 1120 18TH ST SW, OWATONNA MN 55060-3832 |
| 5274205 | | GERALDS PAINT AND HARDWARE, 7280 W MANCHESTER AVE, WESTCHESTER CA 90045 |
| 4729969 | + | GIRARDS BUSINESS MACHINE, 11910 12TH AVE S, BURNSVILLE MN 55337-1405 |
| 4907673 | | GRACIELA ROSALINDA HANNON, C/O BRUCE COLODNY ESQ, PO BOX 10787, SAN BERNARDINO CA 92423-0787 |
| 5022003 | + | GRAND RAPIDS CLINIC, 111 SE 3RD ST, GRAND RAPIDS MN 55744-3663 |
| 5406659 | + | GULF INSURANCE, D&B RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM MD 21094-5126 |
| 4729970 | + | GULF UNDERWRITERS, TRAVIS-PEDERSON & ASSOC, 300 S WACKER DR 1100, CHICAGO IL 60606-6760 |
| 5219177 | + | H&F MANUFACTURING, 8949 ZACHARY LN, MAPLE GROVE MN 55369-4006 |
| 4963276 | + | H&F MFG INC, 8949 ZACHARY LN, MAPLE GROVE MN 55369-4006 |
| 5111330 | + | HARKRAFT INC, C/O JOHN HINNENTHAL, 9100 10TH AVE N, MPLS MN 55427-4355 |
| 5274206 | | HAYS COMPANIES, NCB-88, MINNEAPOLIS MN 55480-1414 |
| 4729971 | + | HEACOX HARTMAN MATTAIN, 340 CEDAR ST STE 1000, ST PAUL MN 55101-1124 |
| 4730003 | | HENNEPIN COUNTY SHERIFF, HENNEPIN COUNTY COURTHOUSE, MINNEAPOLIS MN 55415 |
| 5274207 | + | HINDRY BUSINESS PARK, PO BOX 3273, MANHATTAN BEACH CA 90266-1273 |
| 5274208 | + | HOLIDAY, 5501 W OLD SHAKOPEE RD, MINNEAPOLIS MN 55437-3116 |
| 5283651 | + | HOLIDAY CREDIT OFFICE, PO BOX 1216, MPLS MN 55440-1216 |
| 5062986 | | IA WORKFORCE DEVELOPMENT, UNEMPLOYMENT INS SERV TAX SECTION, 1000 E GRAND AVE, DES MOINES IA 50319-0209 |
| 4729973 | + | IKON, 2740 W 80TH ST, MINNEAPOLIS MN 55431-1276 |
| 5274209 | + | IKON OFFICE SOLUTIONS, GREAT LAKES DISTRICT, PO BOX 802558, CHICAGO IL 60680-2551 |
| 5062985 | + | IL DEPT OF EMPLOYMENT SECURITY, CENTRAL REGION REVENUE, PO BOX 19295, SPRINGFIELD IL 62705-9295 |
| 5274210 | + | INGLEWOOD VACUUM AND SMALL APPL, 124 S MARKET ST, INGLEWOOD CA 90301-1712 |
| 5347004 | | IOS CAPITAL, BANKRUPTCY ADM, PO BOX 13708, MACON GA 31208-3708 |
| 5274211 | | IOS CAPITAL, PO BOX 650016, DALLAS TX 75265-0016 |
| 5341089 | | IOS CAPITAL LLC, 1738 BASS ROAD, PO BOX 13708, MACON GA 31208 3708 |
| 4941229 | + | ISMAEL CARPIO, H& F MFG, 8949 ZACHARY LN, MAPLE GROVE MN 55369-4006 |
| 5344871 | + | JAMES FRAZIER, 3532 W 83RD ST, INGLEWOOD CA 90305-1609 |
| 5274212 | | JAMES FRAZIER, 423 S HINDRY AVE STE D, INGLEWOOD CA 90301-2073 |
| 5043979 | + | JAMES T HAGER, 5213 JERSEY AVE N, MPLS MN 55428-3922 |
| 4914539 | + | JAMES WAZLAWIK, W 12090 742 AVE, RIVER FALLS WI 54022-4859 |
| 5018022 | + | JAY MCNEIL, 4103 WINDING RD NE, SWATARA MN 55785-5217 |
| 5163835 | + | JIM REINKING, C/O H& F MFG, 8949 ZACHERY LN, MAPLE GROVE MN 55369-4006 |
| 4815157 | + | JOHN J HAFNER, 18268 UPPER SPUNK LAKE RD, AVON MN 56310-8644 |
| 4783266 | | JOHN P ZUCCARO, 5601 DEWEY HILL RD, EDINA MN 55439-1919 |
| 4783269 | + | JOSE FIERRO, 401 42ND AVE NE, COLUMBIA HEIGHTS MN 55421-2869 |
| 4936586 | + | JOSEPH E THOMAS, 12745 OWATONNA ST, BLAINE MN 55449-4938 |
| 5059961 | + | JOSEPH FEHRMAN, 1355 HEWITT, ST PAUL MN 55104-1306 |
| 4893234 | + | JOSEPH H WHITNEY, 821 MARQUETTE AVE, STE 1900, MPLS MN 55402-2929 |
| 5113317 | + | JOSEPH MALCHOW, 3087 LAKESHORE AVE, MAPLE PLAIN MN 55359-9666 |
| 5074541 | + | JUDY WEINZETL, 860 18TH ST SE, OWATONNA MN 55060-4139 |
| 5328564 | + | JULIE RENE'S CLEANING SERVICE, LAW OFFICES OF STEVEN R FOX, 17835 VENTURA BLVD, STE 206, ENCINO CA 91316-3664 |
| 5407016 | + | JULIE-RENE'S CLEANING SERVICE, C/O GRAY PLANT MOOTY MOOTY & BENNETT PA, 1010 W ST GERMAIN, STE 600, ST CLOUD MN 56301-3002 |
| 5274213 | + | JULIE-RENES CLEANING SERVICE, 43759 15TH ST W STE 126, LANCASTER CA 93534-4754 |
| 4769535 | + | KATIE KING, 1061 S SMITH AVE, W ST PAUL MN 55118-1106 |
| 5043980 | + | KENNETH SCHULTZ, 11 RICE CREEK WAY, FRIDLEY MN 55432-4236 |
| 4729975 | + | KURT R WOOD, 2905 NORWEST BLVD, STE 30, PLYMOUTH MN 55441-7400 |
| 4995397 | + | LAUNRENCE & JUDITH PROBST, BOX 52, REMER MN 56672-0052 |
| 4729976 | + | LEGALLINK LOS ANGELES, 16830 VENTURA BLVD STE 315, ENCINO CA 91436-1723 |
| 5274214 | | LIBERTY LIMITED PROP PARTNERSHIP, PO BOX 828438, PHILADELPHIA PA 19182-8438 |

| | | |
|---|---|---|
| 4729977 | + | LIBERTY LIMITED PROPERTY, 10400 VIKING DR STE 130, EDEN PRAIRIE MN 55344-0014 |
| 4849967 | + | LIBERTY MUTUAL GROUP, 100 LIBERTY WAY, PO BOX 1525, DOVER NE 03821-1525 |
| 4816908 | + | LIBERTY PROPERTY LIMITED PARTNERSHIP, DORSEY & WHITNEY, 50 S SIXTH ST, STE 1500, MPLS MN 55402-1553 |
| 4729978 | + | LIBERTY PROPERTY TRUST, 10400 VIKING DR STE 130, EDEN PRAIRIE MN 55344-0014 |
| 5418782 | | LOS GALLOS, PO BOX 66458, CHICAGO IL 60666-0458 |
| 4907876 | + | MARK THOENY, 7301 32ND AVE N, CRYSTAL MN 55427-2835 |
| 5022001 | + | MARLENE ARGUELLO, C/O H&F MANUFACTURING INC, 8949 ZACHARY LN, MAPLE GROVE MN 55369-4006 |
| 4914778 | + | MARY E VOVES, 16475 45TH AVE N, PLYMOUTH MN 55446-2049 |
| 5412805 | + | MATHEW E PETERSON, BARBARA H PETERSON, 2101 PEARSON PKWY, BROOKLYN PARK MN 55444-1620 |
| 5695744 | + | MEDICARE, 1600 BROADWAY, STE 700, DENVER CO 80202-4967 |
| 4898837 | + | MESSERLI & KRAMER PA, 150 S 5TH ST, STE 1800, MPLS MN 55402-4246 |
| 4729980 | + | MEYERS COMMUNICATION, 668 KASOTA AVE SE, MINNEAPOLIS MN 55414-2812 |
| 5062989 | | MEYERS COMMUNICATION SERVICES, 668 KASOTA AVE SE, MINNEAPOLIS MN 55414-2812 |
| 5062988 | | MIAMI DADE COUNTY, AVIATION DEPT, PO BOX 592075 AMF, MIAMI FL 33159-2075 |
| 4995451 | | MICHAEL A MILLER, 546 GARY DR, GRAND RAPIDS MN 55744 |
| 4819719 | + | MIKE AND BETSY RUD, 29317 JULLIARD ST NE, NORTH BRANCH MN 55056-6456 |
| 5022002 | + | MIKE SWERDFIGER, C/O H& F MANUFACTURING INC, 8949 ZACHARY LN, MAPLE GROVE MN 55369-4006 |
| 4729981 | + | MINNESOTA MINI STOR, 2320 XENIUM LANE, PLYMOUTH MN 55441-3624 |
| 4914588 | + | MINNESOTA SELF INSURERS SECURITY FUND, FIRST NATIONAL BANK BLDG E 1300, 332 MINNESOTA ST, ST PAUL MN 55101-1345 |
| 4729982 | + | MN DEPT LABOR INDUSTRY, 443 LAFAYETTE RD N, ST PAUL MN 55155-4300 |
| 5062990 | + | MN DEPT OF ECONOMIC SECURITY, TAX ACCOUNTING SECTION, UNEMPLOYMENT TAX, 390 N ROBERT, ST PAUL MN 55101-1805 |
| 4857930 | | MN DEPT OF ECONOMIC SECUTITY, UI TAX ASSISTANCE, PO BOX 75278, ST PAUL MN 55175 |
| 4729983 | + | MSP COMMUNICATIONS, 220 S SIXTH ST STE 500, MINNEAPOLIS MN 55402-4501 |
| 4729984 | + | NATIONAL INSURANCE RES, 32272 RIDGEWAY AVE, LAGUNA NIGUEL CA 92677-4229 |
| 4729985 | + | NATL ASSOC OF PROFESSIONAL EMP, 901 N PITT ST STE 150, ALEXANDRIA VA 22314-1564 |
| 5062991 | | NE WORKFORCE DEVELOPMENT, DEPT OF LABOR, UNEMPLOYMENT INSURANCE, PO BOX 94600, LINCOLN NE 68509-4600 |
| 5280411 | + | NICHOLAS PEARSON, 5511 W 131ST ST, SAVAGE MN 55378-2438 |
| 5274217 | | OFFICE OF FINANCE CITY OF LA, FILE 57065, LOS ANGELES CA 90074-7065 |
| 5274216 | | OFFICEMAX, DEPT 58-3602655036, PO BOX 9020, DES MOINES IA 50368-9020 |
| 5062992 | | OH DEPT OF JOB AND FAMILY SERVICES, 145 S FRONT ST, PO BOX 923, COLUMBUS OH 43216-0923 |
| 4906067 | | OHIO DEPT OF JOB AND FAMILY SVCS, 145 S FRONT ST, PO BOX 923, COLUMBUS OH 43216-0923 |
| 4907882 | + | OTOLARYNGOLOGY & HEAD NECK SURGERY, 393 N DUNLAP ST, ST PAUL MN 55104-4200 |
| 5274218 | | PACIFIC BELL, PAYMENT CENTER, VAN NUYS CA 91388-0001 |
| 5274219 | + | PARK AVENUE OF WAYZATA INC, 15210 WAYZATA BLVD, WAYZATA MN 55391-1439 |
| 5022359 | + | PARK DENTAL, 6415 BROOKLYN BLVD, MPLS MN 55429-2174 |
| 5066459 | + | PARK NICOLLET, 11403 ELMWOOD AVE N, CHAMPLIN MN 55316-2664 |
| 5564914 | + | PAUL & JOANNE DUNNE, 10848 MORRIS AVE S, BLOOMINGTON MN 55437-3058 |
| 5274220 | | POPP TELCOM, PO BOX 27110, GOLDEN VALLEY MN 55427-0110 |
| 4905093 | + | PRESIDENT HOMES INC, C/O JAMES A LODOEN ESQ, LINDQUIST & VENNUM, 80 S 8TH ST STE 4200, MPLS MN 55402-2223 |
| 4960598 | + | PROVANTAGE HEALTH SVCS INC, MEDCO HEALTH SOLUTIONS INC, 100 PARSONS POND DR, FRANKLIN LAKES NJ 07417-2604 |
| 5323359 | + | RESEARCH INSTITUTE OF AMERICA, 117 E STEVENS AVE, VALHALLA NY 10595-1254 |
| 4907861 | + | RFG DISTRIBUTING INC, 7301 32ND AVE N, CRYSTAL MN 55427-2835 |
| 5274222 | | RIA, PO BOX 6159, CAROL STREAM IL 60197-6159 |
| 4948171 | + | RICHARD W FARNIOK, H&F MFG, 8949 ZACHARD LN, MAPLE GROVE MN 55369-4006 |
| 4729986 | + | RJ ASSOCIATES EMPLOYEE BENEFIT, PLAN AND TRUST, 2905 NORTHWEST BLVD STE 30, PLYMOUTH MN 55441-7400 |
| 5579754 | + | RJ ASSOCIATES EMPLOYEE BENEFIT PLAN, 2905 NORTHWEST BLVD 30, PLYMOUTH MN 55441-7400 |
| 4729987 | + | ROBERT J WOOD, C/O JOSEPH W LAWVER, 150 S 5TH ST, STE 1800, MPLS MN 55402-4246 |
| 4729988 | + | ROBERT J WOOD, 4900 REGENTS WALK, SHOREWOOD MN 55331-9213 |
| 5163837 | + | ROBERT P THEIS, C/O H&F MFG, 8949 ZACHERY LN, MAPLE GROVE 55369-4006 |
| 4796981 | + | ROBERT T STRENGER, 1100 80TH ST E, BLOOMINGTON MN 55420-1426 |
| 4907774 | + | ROSANNE WIRTH, 6612 BRITLANG RD, EDINA MN 55435-1531 |
| 5396252 | + | ROY & MAXINE BOONE, RIDER BENNET, 333 S 7TH ST, STE 2000, MPLD MN 55402-2431 |
| 5395768 | + | ROY AND MAXINE BOONE, CO JANE S WELCH ESQ, RIDER BENNETT LLP, 333 S 7TH ST SUITE 2000, MINNEAPOLIS MN 55402-2431 |
| 5274223 | + | SANCO CLEANING SUPPLIES, 2830 VICKSBURG LN, PLYMOUTH MN 55447-1878 |
| 4958602 | | SANRA EVERSON, 6506 IVES LN, MAPLE GROVE MN 55369-6021 |
| 4910670 | + | SARAH JAEGER, 11415 48TH AVE N, PLYMOUTH MN 55442-2229 |
| 5062993 | | SBC PACIFIC BELL, PAYMENT CENTER, VAN NUYS CA 91388 |
| 4931120 | + | SBC PACIFIC BELL, BANKRUPTCY RECOVERY CENTER, PO BOX 981268, W SACRAMENTO CA 95798-1268 |
| 5259838 | | SD DEPT OF LABOR, UNEMPLOYMENT INSURANCE DIVISION, PO BOX 4730, ABERDEEN SD 57402-4730 |

| | | |
|---|---|---|
| 5062994 | + | SD DEPT OF LABOR, UNEMPLOYMENT INSURANCE DIVISION, 420 S ROOSEVELT, ABERDEEN SD 57401-5131 |
| 5274224 | | SEIU NATIONAL INDUSTRY, PENSION FUND BSEPP, PO BOX 66472, WASHINGTON DC 20035-6472 |
| 5433305 | + | SERVICE EMPLOYEES INTERNATIONAL UNION, SALTZMAN & JOHNSON LAW CORP, 120 HOWARD ST, STE 520, SAN FRANCISCO CA 94105-6145 |
| 5316475 | + | SERVICE EMPLOYEES INTERNATIONAL UNION, VAN BOURG WEINBERG ROGER & ROSENFELD, 180 GRAND AVE, STE 1400, OAKLAND CA 94612-3752 |
| 5435816 | + | SERVICE EMPLOYEES UNION LOCAL 1877, C/O CHRISTIAN L RAISNER, WEINBERG ROGER & ROSENFELD, 180 GRAND AVE STE 1400, OAKLAND CA 94612-3752 |
| 5013470 | + | SHANE HOVANICK, C/O H&F MANUFACTURING CO INC, 8949 ZACHARY LN N, MAPLE GROVE MN 55369-4006 |
| 4729989 | + | SOVRAN INC, 2535 PILOT KNOB RD 101, MENDOTA HGTS MN 55120-1120 |
| 5274226 | + | SPEED SERVICE, 5552 W MANCHESTER BLVD, LOS ANGELES CA 90045-4440 |
| 4962069 | | STATE OF COLORADO, DEPT OF LABOR & EMPLOYMENT, PO BOX 8789, DENVER CO 80201-8789 |
| 4796974 | | STATE OF IOWA, IOWA DEPT OF REVENUE & FINANCE, HOOVER STATE OFFICE BLDG, DES MOINES IA 50319 |
| 4730006 | + | STATE OF MINNESOTA, DEPT OF MANPOWER SERVICES, 390 N ROBERT ST, ST PAUL MN 55101-1805 |
| 5062996 | | STATE OF NY, DEPT OF LABOR, WA HARRIMAN STATE CAMPUS BLDG 12, ALBANY NY 12240-0339 |
| 5307956 | + | STEVEN B NOSEK ESQ, 701 4TH AVE S, STE 300, MPLS MN 55415-1810 |
| 4907879 | + | STEVEN CRAIS THOENY, 10545 33RD AVE N, PLYMOUTH MN 55441-3122 |
| 5062999 | | SUN LIFE CANADA, LOCK BOX 2088, PO BOX 4655, CAROL STREAM IL 60197-4655 |
| 5063000 | | SUN LIFE FINANCIAL, ONE SUN LIFE EXECUTIVE PARK, SC3212, WELLESLEY MA 02181 |
| 4729991 | + | SUN LIFE FINANCIAL, ONE SUN LIFE EXEC PARK, SC-3212, WELLESLEY HILLS MA 02481-5699 |
| 5659966 | + | SUNDAY RILEY, CO CARL BORGAN, 7740 SW 104TH ST, STE 203, MIAMI FL 33156-3195 |
| 4901076 | + | SYLVIA PIERE, 9740 AUSTIN ST NE, CIRCLE PINES MN 55014-2406 |
| 5050599 | + | TAMI GREG CARLOCK, 1015 W COVE LN, MOUND MN 55364-8146 |
| 5274227 | + | TELCOM DIRECTORIES, PAYMENT CENTER, 8610 ROSWELL RD STE 900-621, ATLANTA GA 30350-7534 |
| 5398992 | + | THE GULF INSURANCE GROUP, 4600 FULLER ST, IRVING TX 75038-6551, ATTN BILLIE TAYLOR |
| 4729992 | | THE HAYS GROUP, 80 S SIXTH STREET, 1650 IDS TOWER, MINNEAPOLIS MN 55402 |
| 5274228 | | THE ST PAUL, DEPT CH 9072, PALATINE IL 60055-9072 |
| 5274231 | + | THE US TELEPHONE DIRECTORY, 1016 IVY AVE, MCALLEN TX 78501-4309 |
| 5090212 | + | THEODORE HOLLAN, H& F MFG, 8949 ZACHARY LN, MAPLE GROVE MN 55369-4006 |
| 5435813 | | THOMAS P ABBOTT ESQ, PO BOX 592075 AMF, MIAMI FL 33159 |
| 4729993 | + | TOUSLEY FINANCIAL BENEFIT, 15360 ORIOLE COURT, BURNSVILLE MN 55306-5291 |
| 4914591 | + | TRAK INTERNATIONAL INC, FAEGRE 7 BENSON, 2200 WELLS FARGO CENTER, 90 S 7TH ST, MPLS MN 55402-7508 |
| 5330125 | + | TWIN CITIES ANETHESIA, 606 24TH AVE S, STE 801, MPLS MN 55454-1438 |
| 5330123 | + | U OF M PHYSCIANS, 3989 CENTRAL AVE NE, STE 300, MPLS MN 55421-3958 |
| 4729995 | + | UNISOURCE MAINTENANCE, PO BOX DEPT 1973, LOS ANGELES CA 90084-0001 |
| 5274229 | | UNISOURCE MAINTENANCE SUPPLY, FILE 57006, LOS ANGELES CA 90074-7006 |
| 4895022 | + | UNITED PARCEL SERVICE, C/O D&B/RMS BANKRUPTCY SVCS, PO BOX 4396, TIMONIUM MD 21094-4396 |
| 5022000 | + | URIEL ARGUELLO RODRIGUEZ, C/O H& F MANUFACTURING INC, 8949 ZACHARY LN, MAPLE GROVE MN 55369-4006 |
| 5024751 | + | URIEL I ARGUELLO, 11430 ELMWOOD AVE N, CHAMPLIN MN 55316-2664 |
| 5274230 | | US HEALTHWORKS MEDICAL GROUP, PO BOX 41139, SANTA ANA CA 92799-1139 |
| 4914590 | + | VALLEY POOLS & SPAS INC, RIDER BENNETT EGAN & ARUNDELL, 333 S 7TH ST, STE 2000, MPLS MN 55402-2431 |
| 5267425 | + | VERIZON WIRELESS, BASS & ASSOCIATES, 3936 E FT LOWELL RD, STE 200, TUCSON AZ 85712-1083 |
| 4965859 | + | WARD W QUINN, 2425 E LARPENTEUR, APT 117, MAPLEWOOD MN 55109-4947 |
| 5274233 | | WASTE MANAGEMENT, PO BOX 78251, PHOENIX AZ 85062-8251 |
| 4729996 | + | WATSON WYATT & CO, 8400 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS MN 55437-3837 |
| 4729997 | + | WAUSAU INSURANCE, 1431 OPUS PLACE, DOWNERS GROVE IL 60515-1166 |
| 4729998 | + | WAXIE SANITARY SUPPLY, 3220 S FAIRVIEW ST, SANTA ANA CA 92704-6509 |
| 5274234 | | WAXIE SANITARY SUPPLY, PO BOX 81006, SAN DIEGO CA 92138-1006 |
| 4729999 | + | WCRA, 400 ROBERT ST N, STE 1700, ST PAUL MN 55101-2026 |
| 5401019 | + | WCRA, ATTN GARY SEVERSON, 400 N ROBERT ST STE 1700, ST PAUL MN 55101-2026 |
| 5518330 | + | WEINBERG ROGER & ROSENFELD, 180 GRAND AVE, STE 1400, OAKLAND CA 94612-3752 |
| 4730000 | + | WELLS FARGO, 9801 NORMANDALE BLVD, BLOOMINGTON MN 55437-2298 |
| 5280858 | + | WENDY LONERGAN, 1570 BELLOWS ST, W ST PAUL MN 55118-3314 |
| 4730001 | + | WEST FLORIDA SUPPLY CO, 1184 N WASHINGTON BLVD, SARASOTA FL 34236-3484 |
| 4730002 | | WORLDWIDE EXPRESS, 8140 FLYING CLOUD DR 206, EDEN PRAIRIE MN 55344 |
| 4857933 | + | XCEL ENERGY, 1518 CHESTNUT AVE N, MPLS MN 55403-1232 |
| 5274236 | | XPEDX, FILE 82396, LOS ANGELES CA 90074-2396 |
| 5303946 | + | XPEDX, 17411 VALLEY BLVD, CITY OF INDUSTRY CA 91744-5159 |

TOTAL: 270

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTDMORATZKA.COM | Oct 31 2026 20:12:00 | Timothy D. Moratzka, 901 Marquette Ave, Suite 1400, Minneapolis, MN 55402-3264 |
| 5330128 | + | Email/Text: rcmbankruptcynotices@allina.com | Oct 31 2026 16:19:00 | ALLINA MEDICAL CLINIC, PO BOX 206 CMC, MPLS MN 55480-0206 |
| 5274190 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 16:30:00 | AMERICAN EXPRESS, PO BOX 650448, DALLAS TX 75265-0448 |
| 6122583 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 16:29:59 | AMERICAN EXPRESS BANK, BECKET & LEE, PO BOX 3001, MALVERN PA 19355 0701 |
| 5274192 | | EDI: ATTWIREBK.COM | Oct 31 2026 20:12:00 | AT&T, PO BOX 78225, PHOENIX AX 85062-8225 |
| 4860444 | + | Email/Text: UIInsolvCollections@dwd.wisconsin.gov | Oct 31 2026 16:19:00 | DEPT OF WORKFORCE DEVELOPMENT, DIV OF UNEMPLOYMENT INSURANCE, PO BOX 8914, MADISON WI 53708-8914 |
| 4832174 | + | Email/Text: DEPT-CORP-PFS-INCOMING-BK-NOTIFICATIONS@Fairview.org | Oct 31 2026 16:19:00 | FAIRVIEW UNIVERSITY MED CTR, 2450 RIVERSIDE AVE S, MPLS MN 55454-1450 |
| 5790782 | + | Email/Text: des.claimantbankruptcy@illinois.gov | Oct 31 2026 16:19:00 | ILLINOIS DEPT OF EMPLOYMENT SECURITY, ATTORNEY GENERAL SECTION 7TH FLR, 401 S STATE ST, CHICAGO IL 60605-1229 |
| 4730008 | | EDI: IRS.COM | Oct 31 2026 20:12:00 | INTERNAL REVENUE SERVICE, STOP 5700 BKY, 316 N ROBERT ST, ST PAUL MN 55101 |
| 4920206 | + | Email/Text: legalsupport@iwd.iowa.gov | Oct 31 2026 16:19:00 | IOWA WORKFORCE DEVELOPMENT, UNEMPLOYMENT INSURANCE SVCS DIVISION, 1000 E GRAND AVE, DES MOINES IA 50319-1007 |
| 4730007 | + | EDI: MINNDEPREV.COM | Oct 31 2026 20:12:00 | MN DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 64447, ST PAUL MN 55164-0447 |
| 4803540 | + | Email/Text: ndol.legal@nebraska.gov | Oct 31 2026 16:19:00 | NEBRASKA DEPT OF LABOR, JOHN H ALBIN, 550 S 16TH ST, LINCOLN NE 68508-2601 |
| 4931153 | | EDI: NEVDETR | Oct 31 2026 20:12:00 | STATE OF NEVADA, EMPLOYMENT SECURITY DIVISION, 500 E 3RD ST, CARSON CITY NV 89713 |
| 5062995 | | EDI: NEVDETR | Oct 31 2026 20:12:00 | STATE OF NV, EMPLOYMENT SECURITY DIVISION, 500 E THIRD ST, CARSON CITY NV 89713-0030 |
| 5355136 | | Email/Text: bankruptcy@pb.com | Oct 31 2026 16:19:00 | PITNEY BOWES CREDIT CORPORATION, ATTN RECOVERY DEPT, 27 WATERVIEW DR, SHELTON CT 06484-4361 |
| 5274221 | | Email/Text: bklaw@centurylink.com | Oct 31 2026 16:19:00 | QWEST, PO BOX 1301, MINNEAPOLIS MN 55483-0001 |
| 4730010 | + | Email/Text: bankruptcynoticeschr@sec.gov | Oct 31 2026 16:19:00 | SECURITIES and EXCHANGE COMM, BANKRUPTCY SECTION, 500 W MADISON No. 1400, CHICAGO IL 60661-4554 |
| 5274225 | | Email/Text: bankruptcygroup@sce.com | Oct 31 2026 16:19:00 | SOUTHERN CALIFORNIA EDISON, PO BOX 600, ROSEMEAD CA 91771-0001 |
| 4729990 | + | Email/Text: AcctResolutionMail@Travelers.com | Oct 31 2026 16:19:00 | ST PAUL MERCURY INS CO, MAIL CODE 104F, 385 WASHINGTON ST, ST PAUL MN 55102-1309 |
| 57019348 | | EDI: CALTAX.COM | Oct 31 2026 20:12:00 | STATE OF CALIFORNIA, FRANCHISE TAX BOARD, SPECIAL PROCEDURES SECTION, PO BOX 2952, SACRAMENTO CA 95812 2952 |
| 4931142 | | EDI: EDD.COM | Oct 31 2026 20:12:00 | STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPT, PO BOX 826880, |

| | | | | |
|---|---|---|---|---|
| | | | | SACRAMENTO CA 94280-0001 |
| 4936824 | | Email/Text: BNC_Notices@floridarevenue.com | Oct 31 2026 16:18:00 | STATE OF FLORIDA, DEPT OF REVENUE, PO BOX 6668, TALLAHASSEE FL 32314-6668 |
| 4887367 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Oct 31 2026 16:19:00 | STATE OF NEW YORK, DEPT OF LABOR, UNEMPLOYMENT INSURANCE DIVISION, BLDG 12 RM 244, ALBANY NY 12240-0001 |
| 4904284 | | EDI: WISCDEPREV.COM | Oct 31 2026 20:12:00 | STATE OF WISCONSIN, DEPT OF REVENUE, PO BOX 8901, MADISON WI 53708-8901 |
| 4862287 | + | Email/Text: UIInsolvCollections@dwd.wisconsin.gov | Oct 31 2026 16:19:00 | STATE OF WISCONSIN, DEPT OF WORKFORCE DEVELOPMENT, PO BOX 8914, MADISON WI 53708-8914 |
| 5063001 | | Email/Text: collections.pacer@twc.texas.gov | Oct 31 2026 16:19:00 | TEXAS WORKFORCE COMMISSION, ACCOUNTS ROOM 530, 10 E 15TH ST, AUSTIN TX 78778-0001 |
| 4857927 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 31 2026 16:19:00 | TEXAS WORKFORCE COMMISSION, TAX DEPT, TWC BLDG, AUSTIN TX 78778-0001 |
| 4730005 | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Oct 31 2026 16:19:00 | UNITED STATES ATTORNEY, 600 US COURTHOUSE, 300 S 4TH ST, MINNEAPOLIS MN 55415-3070 |
| 4730004 | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 31 2026 16:19:00 | UNITED STATES TRUSTEE, 1015 US COURTHOUSE, 300 S 4TH ST, MINNEAPOLIS MN 55415-3070 |
| 5111348 | + | EDI: VERIZONCOMB.COM | Oct 31 2026 20:12:00 | VERIZON FLORIDA INC, 404 BROCK DR, BLOOMINGTON IL 61701-2654 |
| 5274232 | | EDI: VERIZONCOMB.COM | Oct 31 2026 20:12:00 | VERIZON WIRELESS MESSAGING, PO BOX 15110, ALBANY NY 12212-5110 |
| 5430414 | + | EDI: WFFC | Oct 31 2026 20:12:00 | WELLS FARGO BANK MN NA, MAC N9305-176, 6TH ST & MARQUETTE AVE, MPLS MN 55479-0001 |
| 5274235 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Oct 31 2026 16:19:00 | XCEL ENERGY, PO BOX 9477, MINNEAPOLIS MN 55484-9477 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | PARSINEN KAPLAN ROSBERG & GOTLIEB PA |
| cr | | AGILITI INC |
| agt | | ALFRED MELONE |
| cr | | CHERYL WILLIAMS |
| cr | | CRAIG MOORE |
| op | | GREG CARLOCK |
| cr | | IRIS FLORES |
| cr | | JEANNE MOYER |
| cr | | KATIE KING FLOOD |
| cr | | KURT WOOD |
| cr | | MARLYS WOOD |
| cr | | MEDCO HEALTH |
| cr | | MESSERLI & KRAMER PA |
| intp | | PRESIDENT HOMES INC |
| cr | | ROBERT WOOD |
| cr | | SUNDAY RILEY |
| cr | | WELLS FARGO BANK NA |
| 5441511 | | BRIAN FARNICK |
| 4729972 | | HINDRY BUSINESS PARK, KENNETH HAYDIS |

| | | |
|---|---|---|
| 5293640 | | INGL VAC APPLIANCE CO, MR GREG JACKSON, RISCOMP |
| 4949043 | | JOSEPH H ECKER, H&F MFG, 8949 ZACHERY LN, MAPLE MN |
| 4729979 | | MARLYS J WOOD |
| 5062997 | | STATE OF WI, DEPT OF WORKFORCE DEVELOPMENT, UNEMPLOYMENT INSURANCE |
| 4729994 | | TRUST |
| aty | *+ | Timothy D Moratzka, 901 Marquette Ave, Ste 1400, Minneapolis, MN 55402-3264 |
| intp | *+ | CALIFORNIA SERVICE EMPLOYEES HEALTH & WE, WEINBERG ROGER & ROSENFELD, 180 GRAND AVE, STE 1400, OAKLAND, CA 94612-3752 |
| cr | *+ | CLAUDIA DEAMBROGIO, C/O MARK B CARROLL, PO BOX 14519, FORT LAUDERDALE, FL 33302-4519 |
| intp | *+ | CORPORATE BENEFIT SVCS OF AMERICA INC, 3300 PLAZA VII, 45 S 7TH ST, MINNEAPOLIS, MN 55402-1614 |
| intp | *+ | SERVICE EMPLOYEES INTERNATIONAL UNION, VAN BOURG WEINBERG ROGER & ROSENFELD, 180 GRAND AVE, STE 1400, OAKLAND, CA 94612-3752 |
| 5274188 | *+ | AIRPORT PROPANE SERVICE, 8613 AVIATION BLVD, INGLEWOOD CA 90301-2001 |
| 5274237 | * | HENNEPIN COUNTY SHERIFF, HENNEPIN COUNTY COURTHOUSE, MINNEAPOLIS MN 55415 |
| 4729974 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, STOP 5700 ROOM 389, 316 N ROBERT ST, ST PAUL MN 55101 |
| 5062987 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS DISTRICT DIRECTOR, 316 N ROBERT ST, ST PAUL MN 55101 |
| 5274241 | * | MN DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 64447, ST PAUL MN 55164-0447 |
| 5274240 | *+ | STATE OF MINNESOTA, DEPT OF MANPOWER SERVICES, 390 N ROBERT ST, ST PAUL MN 55101-1805 |
| 5274239 | *+ | UNITED STATES ATTORNEY, 600 US COURTHOUSE, 300 S 4TH ST, MINNEAPOLIS MN 55415-3070 |
| 5274238 | *+ | UNITED STATES TRUSTEE, 1015 US COURTHOUSE, 300 S 4TH ST, MINNEAPOLIS MN 55415-3070 |
| 5704226 | ##+ | MEDCO HEALTH SOLUTIONS INC, C/O FREDRIKSON & BYRON PA, 400 PILLSBURY CENTER, 200 S 6TH ST, MPLS MN 55402-1431 |
| 4907880 | ##+ | STEVE SEARLES, 11410 HEATHER ST, COON RAPIDS MN 55433-3452 |

TOTAL: 24 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian L Raisner | on behalf of Interested Party CALIFORNIA SERVICE EMPLOYEES HEALTH & WE craisner@unioncounsel.net |
| Christian L Raisner | on behalf of Interested Party SERVICE EMPLOYEES INTERNATIONAL UNION craisner@unioncounsel.net |
| David A. Orenstein | on behalf of Attorney PARSINEN KAPLAN ROSBERG & GOTLIEB PA dao@dewittllp.com tmg@dewittmcm.com |
| George R. Serdar | on behalf of Debtor 1 RISCOMP INDUSTRIES INC gserdar@messerlikramer.com tleupke@messerlikramer.com;rwulff@messerlikramer.com |
| George R. Serdar | on behalf of Plaintiff RISCOMP INDUSTRIES INC gserdar@messerlikramer.com tleupke@messerlikramer.com;rwulff@messerlikramer.com |
| James A. Lodoen | on behalf of Interested Party PRESIDENT HOMES INC jlodoen@spencerfane.com rlevans@spencerfane.com |

John R. McDonald
on behalf of Counter-Claimant EMPO CORPORATION INC jmcdonald@taftlaw.com bfunches@taftlaw.com

John R. McDonald
on behalf of Interested Party EMPO CORPORATION jmcdonald@taftlaw.com bfunches@taftlaw.com

John R. McDonald
on behalf of Counter-Claimant EMPO CORPORATION jmcdonald@taftlaw.com bfunches@taftlaw.com

John R. McDonald
on behalf of Defendant EMPO CORPORATION jmcdonald@taftlaw.com bfunches@taftlaw.com

John R. McDonald
on behalf of Defendant EMPO CORPORATION INC jmcdonald@taftlaw.com bfunches@taftlaw.com

John R. Stoebner
on behalf of Defendant ABM INDUSTRIES INCORPORATED jstoebner1975@gmail.com lafrey311@gmail.com

John R. Stoebner
on behalf of Counter-Claimant ABM INDUSTRIES INCORPORATED jstoebner1975@gmail.com lafrey311@gmail.com

John R. Stoebner
on behalf of 3rd Party Plaintiff AMERICAN BUILDING MAINTENANCE CO OF IL jstoebner1975@gmail.com lafrey311@gmail.com

John R. Stoebner
on behalf of Defendant AMERICAN BUILDING MAINTENANCE CO OF IL jstoebner1975@gmail.com lafrey311@gmail.com

John R. Stoebner
on behalf of Counter-Claimant AMERICAN BUILDING MAINTENANCE CO OF IL jstoebner1975@gmail.com lafrey311@gmail.com

John R. Stoebner
on behalf of 3rd Party Plaintiff ABM INDUSTRIES INCORPORATED jstoebner1975@gmail.com lafrey311@gmail.com

Julia A. Christians
on behalf of Creditor WELLS FARGO BANK NA jchristians@lapplibra.com lfrey@lapplibra.com;sgelhar@lapplibra.com

Malcolm P. Terry
on behalf of Creditor KURT WOOD mterry@bernicklifson.com pmullenbach@bernicklifson.com

Malcolm P. Terry
on behalf of Creditor ROBERT WOOD mterry@bernicklifson.com pmullenbach@bernicklifson.com

Malcolm P. Terry
on behalf of 3rd Pty Defendant KURT R WOOD mterry@bernicklifson.com pmullenbach@bernicklifson.com

Malcolm P. Terry
on behalf of 3rd Pty Defendant ROBERT J WOOD mterry@bernicklifson.com pmullenbach@bernicklifson.com

Mary Jo A Jensen-Carter
trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com

Matthew R. Burton
on behalf of Interested Party TMS HOLDINGS CORPORATION mburton@cozen.com ofields@cozen.com

Matthew R. Burton
on behalf of Defendant TMS HOLDINGS CORPORATION mburton@cozen.com ofields@cozen.com

Matthew R. Burton
on behalf of Defendant JCAFE INC mburton@cozen.com ofields@cozen.com

Matthew R. Burton
on behalf of Defendant COMPUTER SPECTRUM INC mburton@cozen.com ofields@cozen.com

Matthew R. Burton
on behalf of Interested Party JCAFE INC mburton@cozen.com ofields@cozen.com

Matthew R. Burton
on behalf of Interested Party COMPUTER SPECTRUM INC mburton@cozen.com ofields@cozen.com

Peter M. Rosene
on behalf of Special Counsel RJ ASSOCIATES pmr@rhschtd.com

Ruben R Chapa
on behalf of Creditor ELAINE L CHAO rchapa@airdowerwas.com sol-chi@dol.gov

Sarah J Wencil
on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov

Steven B Nosek
on behalf of Interested Party STEVEN B NOSEK snosek@noseklawfirm.com loriadamson@noseklawfirm.com

| | |
|---|---|
| Steven W Meyer | on behalf of Interested Party CORPORATE BENEFIT SVCS OF AMERICA INC smeyer@foxrothschild.com |
| Timothy D Moratzka | on behalf of Trustee Timothy D. Moratzka mcm_trustee@mcmlaw.com tmoratzka@ecf.epiqsystems.com;ldj@dewittmcm.com |
| Timothy D. Moratzka | on behalf of Creditor AGILITI INC tdm@dewittmcm.com ldj@dewittmcm.com;lmg@dewittmcm.com |
| Timothy D. Moratzka | on behalf of Trustee Timothy D. Moratzka tdm@dewittmcm.com ldj@dewittmcm.com;lmg@dewittmcm.com |
| Timothy D. Moratzka | on behalf of Plaintiff TIMOTHY D MORATZKA tdm@dewittmcm.com ldj@dewittmcm.com;lmg@dewittmcm.com |
| Timothy D. Moratzka | on behalf of Creditor KURT WOOD tdm@dewittmcm.com ldj@dewittmcm.com;lmg@dewittmcm.com |
| Timothy D. Moratzka | mcm_trustee@dewittmcm.com tmoratzka@ecf.epiqsystems.com;ldj@dewittmcm.com |
| Timothy D. Moratzka | on behalf of Creditor MARLYS WOOD tdm@dewittmcm.com ldj@dewittmcm.com;lmg@dewittmcm.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley T. Graham | on behalf of Debtor 1 RISCOMP INDUSTRIES INC wgraham@hensonefron.com cfisher@hensonefron.com |
| William I Kampf | on behalf of Plaintiff RISCOMP INDUSTRIES INC ecfbky@hensonefron.com |
| William I Kampf | on behalf of Counter-Defendant RISCOMP INDUSTRIES INC ecfbky@hensonefron.com |
| William P. Wassweiler | on behalf of Interested Party VALLEY POOLS & SPAS INC wassweilerw@ballardspahr.com BKTDocket_West@ballardspahr.com;MplsTeam2@ballardspahr.com |

TOTAL: 46